# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY SPRINGER,<br><br>      Petitioner,<br><br>      v.<br><br>JEFFREY A. BEARD, Warden,<br><br>      Respondent. | Case No. ED CV 16-1540 AG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 26, 2017

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE